Deitra L. Ennis
Municipal Attorney's Office
Municipality of Anchorage
P.O. Box 196650
Anchorage, AK 99519-6650
(907) 343-4545

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | REQUEST FOR NOTICE |
| ) | |
| Security National Properties ) | |
| Funding III, LLC, et al., ) | |
| ) | Case No. 11-13277 (KG) |
| Debtor(s). ) | |
| ) | Jointly Administered |

COMES NOW the Municipality of Anchorage, Department of Law, and hereby requests copies of all pleadings, notices and other documents to be sent to the address referenced below:

Municipality of Anchorage, Department of Law

By Mail:    P.O. Box 196650
            Anchorage, AK 99519-6650

DATED this ___ day of December 2011, at Anchorage, Alaska.

By: _____
Deitra L. Ennis
Deputy Municipal Attorney
Municipal Attorney's Office
Alaska Bar No. 8510124

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

I certify that on 12/7/11 I caused to be mailed a true and correct copy of the foregoing to:

Andrew R. Remming
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Robert J. Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P O. Box 1347
Wilmington, DE 19899-1347

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Jennifer Richardson, Legal Secretary
Municipal Attorney's Office

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Request for Notice
*In re: Security National Properties Funding III, LLC et al.*; Case No. 11-13277 (KG)
Page 2 of 2