# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SECURITY NATIONAL PROPERTIES FUNDING III, LLC, *et al.*,[1] | Case No. 11-13277 (KG) |
| Debtors. | Joint Administration |

## PLAN SUPPLEMENT TO THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF SECURITY NATIONAL PROPERTIES FUNDING III, LLC AND ITS DEBTOR AFFILIATES

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
gwerkheiser@mnat.com
aremming@mnat.com

*Attorneys for Debtors and Debtors in Possession*

January 14, 2013
Wilmington, Delaware

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Security National Properties Funding III, LLC (4558), ITAC 190, LLC (4378), Security National Properties Funding, LLC (4037), Security National Properties Funding II, LLC (9204), Sequoia Investments III, LLC (7204), Sequoia Investments V, LLC (5313), Sequoia Investments XIV, LLC (4387), Sequoia Investments XV, LLC (3814), Sequoia Investments XVIII, LLC (6160), and Security National Properties-Alaska, LLC (6563). The mailing address for all of the Debtors for the purpose of these cases is 3050 Westfork Drive, Baton Rouge, LA 70816.

This Plan Supplement is being filed in support of confirmation of the *Third Amended Joint Chapter 11 Plan of Reorganization of Security National Properties Funding III, LLC and its Debtor Affiliates*.

| | |
|---|---|
| January 14, 2013<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Andrew R. Remming*<br>Robert J. Dehney (No. 3578)<br>Gregory W. Werkheiser (No. 3553)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>gwerkheiser@mnat.com<br>aremming@mnat.com<br><br>*Attorneys for Debtors and Debtors in Possession* |

# INDEX TO PLAN SUPPLEMENT

| **Document** | **Exhibit** |
|---|---|
| Credit Agreement, dated as of [_____], among Security National Properties Funding III, LLC, as the Borrower, and Bank of America, N.A., as Administrative Agent and the Other Lenders Now or Hereafter Party Hereto | A |
| QPO Guaranty | B |
| Schedule of Contracts to be Rejected | C |

6946654.1