## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SECURITY NATIONAL PROPERTIES FUNDING III, LLC, *et al.*,[1] | Case No. 11-13277 (KG) |
| Debtors. | Jointly Administered |
| | **RE: D.I. 435, 454** |

**NOTICE OF FILING OF SECOND INTERIM ORDER, PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), 364(b) AND 503(b)(1) AND FED. R. BANKR. P. 2002 AND 4001, (A) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING AND GRANTING ADMINISTRATIVE EXPENSE STATUS AND (B) SCHEDULING A FINAL HEARING AND ESTABLISHING RELATED NOTICE REQUIREMENTS**

PLEASE TAKE NOTICE that on January 10, 2013, the Court entered the **Interim Order, Pursuant To 11 U.S.C. §§ 105(a), 363(b), 364(b) And 503(b)(1) And Fed. R. Bankr. P. 2002 And 4001, (A) Authorizing Debtors To Obtain Post-Petition Financing And Granting Administrative Expense Status And (B) Scheduling A Final Hearing And Establishing Related Notice Requirements** (D.I. 454) (the "Interim Order").

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a proposed **Second Interim Order, Pursuant To 11 U.S.C. §§ 105(a), 363(b) 364(b) And 503(b)(1) And Fed. R. Bankr. P. 2002 And 4001, (A) Authorizing Debtors To Obtain Post-Petition Financing And Granting Administrative Expense Status And (B) Scheduling A Final Hearing And Establishing Related Notice Requirements** (the "Second Interim Order").

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit B** is a redline comparison of the Second Interim Order to the Interim Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Security National Properties Funding III, LLC (4558), ITAC 190, LLC (4378), Security National Properties Funding, LLC (4037), Security National Properties Funding II, LLC (9204), Sequoia Investments III, LLC (7204), Sequoia Investments V, LLC (5313), Sequoia Investments XIV, LLC (4387), Sequoia Investments XV, LLC (3814), Sequoia Investments XVIII, LLC (6160), and Security National Properties-Alaska, LLC (6563). The mailing address for all of the Debtors for the purpose of these cases is 3050 Westfork Drive, Baton Rouge, LA 70816.

Dated: February 19, 2013
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Daniel B. Butz (No. 4227)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Attorneys for Debtors and
Debtors in Possession*